FILED
MAR - 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CASE NUMBER: 05-316(ESH)

*Defendant #11*

UNITED STATES OF AMERICA

vs.

JOSE EDUARDO ARANGO,

Defendant.

## Consent to Transfer of Case for Plea and Sentence

I, JOSE EDUARDO ARANGO, defendant, having been informed that an indictment is pending against me in the above-styled case, wish to plead guilty to the offense charged. I hereby consent, pursuant to Fed. R. Crim. P. 20, to the transfer of this case to the Southern District of Florida. I additionally agree to the ultimate disposition of this case in the Southern District of Florida, and waive all further proceedings, including trial, in the District of Colombia.

Dated: 2/15/_____, 2007

_____
JOSE EDUARDO ARANGO, Defendant

_____
(Witness)

_____
Attorney for Defendant

Approved:

_____
PAUL LAYMON
Department of Justice
Trial Attorney

_____
R. ALEXANDER ACOSTA
United States Attorney for the
Southern District of Florida