**FILED**

APR 2 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Clerk, U.S. District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Room 1225
Washington, D.C. 20001

April 16, 2007

07-2463-JJO
07-20301-CR-
Jordan/Torres

Clerk, U.S. District Court
for the Southern District
of Florida
150 Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128

REC'D by MAG. SEC. __ D.C.
APR 20 2007
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

Rule 20 transfers for CR 05-316-10,11-ESH
U.S.A. vs Victor Serna Rayo, Deft. #10
U.S.A. vs Jose Eduardo Arango, Deft. #11

Dear Clerk,

Pursuant to Rule 20 of the Federal Rules of Criminal Procedure, please find enclosed certified copies of Consent to Transfer of Case for Plea and Sentence, Rule 20 Transfer Notice, Superseding Indictment and docket sheet for both defendants in this case.

Kindly indicate on the copy of this letter the date you received the documents and the case numbers assigned to the defendants.

Very truly yours,

NANCY MAYER-WHITTINGTON, CLERK

By: _Melinda L Pugh_ (202) 354-3173
Deputy Clerk

Enclosures
cc: A.U.S.A. Andrea Hoffman, Miami, Florida
    Paul Laymon, D.O.J. Trial Attorney
    Washington, D.C.

*note - please avoided double sided copies in the future. tx. SLP

Rec'd 4/20/07,
Stephanie A. Lee
Deputy Clerk S/D FL